AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| EDWIN "ED" L. COCKRELL SR., et al. <br> *Plaintiff* <br> v. <br> ST. CLAIR COUNTY, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 3:21-cv-00907-SPM <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs EDWIN "ED" L. COCKRELL SR., et al.

Date:   08/13/2021

*Attorney's signature*

Paul J. Evans Bar No. 6201148
*Printed name and bar number*

Evans Law Firm P.C.
817 West U.S. Highway 50
O'Fallon, Illinois 62269

*Address*

paulevans@evanslawfirmpc.com
*E-mail address*

(618) 628-9092
*Telephone number*

(618) 628-9823
*FAX number*