**Process Servers Inc.**
111 West Washington Street
Belleville, Illinois – 62220
(618) 277-4410
License # 117-000823

U.S. District Court

Case # 21-907-SPM

## RETURN OF SERVICE

I, the undersigned employee of Process Servers Inc., a duly registered and qualified Private Investigator, licensed by the State of Illinois, being duly sworn in on my Oath, state that I served the attached _Summons/Civil Action_ on the _13th_ day of _Aug_, 2021, at the hour of _4:23 pm_ on _Dorothy Meyer_ whom I would describe as follows: Sex _Female_, Race _White_ (clerk) Age _63 yrs_.

I served the same at the following address: _Mark Kern_
_#23 Public Sq, 5th Fl_
_Belleville, IL 62220_

If served on someone other than the Defendant at the usual place of abode, please complete:
I served the same upon a person residing in the house hold of _____
informing the person of the Contents of the Summons, and I further placed a copy of said Summons in a sealed envelope with postage fully prepaid and addressed same to Defendant at his or her place of abode.

Please complete if service was not made:
I was unable to serve the Defendant for the following reason:

SUBSCRIBED AND SWORN TO before me this _13th_ day of _Aug_, 20_21_

"OFFICIAL SEAL"
DOUGLAS P. JONES
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES OCT. 5, 2022

NOTARY PUBLIC

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois ▼

EDWIN "ED" L. COCKRELL SR. and CHERYL MATHEWS, individually and as Chairwoman of THE ST. CLAIR COUNTY REPUBLICAN CENTRAL COMMITTEE )
)
)
)
)
*Plaintiff(s)* )
v. )
ST. CLAIR COUNTY, a body politic and THOMAS HOLBROOK, Clerk of the County of St. Clair, in his official capacity, and MARK A. KERN, in his official capacity as the Chairman of the Board )
)
)
)
)
*Defendant(s)* )

Civil Action No. 21-907-SPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mark Kern
#23 Public Square
Belleville, Illinois 62220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul J. Evans
817 West U.S. Highway 50
O'Fallon, Illinois 62269

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/13/2021

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MARK KERN__
was received by me on *(date)* __8/13/2021__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Dorothy Meyer (Sec)__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Chairman of the Board St. Clair County__ on *(date)* __8/13/21__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ __60.00__ for services, for a total of $ __60.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/13/2021__

_____
Server's signature

__Jim Maurec__
Printed name and title

PROCESS SERVERS INC.
P.O. BOX 466
111 W. WASHINGTON ST.
BELLEVILLE, ILLINOIS 62222
*Server's address*

Additional information regarding attempted service, etc: