IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWIN L. COCKRELL, SR., et al,

    Plaintiffs,

v.

ST. CLAIR COUNTY, et al,

    Defendants.

Case No. 3:21-cv-00907-SPM

# ORDER

**McGLYNN, District Judge:**

    Pursuant to 28 U.S.C. § 455, the undersigned judge hereby **RECUSES** himself from further proceedings in this matter. The Clerk of Court has reassigned this matter to United States District Judge J. Phil Gilbert. All future documents filed in this matter shall bear the case number 3:21-cv-00907-JPG.

    IT IS SO ORDERED.

    DATED: August 17, 2021.

                                            *s/ Stephen P. McGlynn*
                                            STEPHEN P. McGLYNN
                                            U.S. District Judge