IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDWIN "ED" L. COCKRELL, SR.**, and **CHERYL MATHEWS**, individually and as Chairwoman of the St. Clair County Republican Central Committee,<br><br>Plaintiffs,<br><br>vs.<br><br>**ST. CLAIR COUNTY**, a body politic, **THOMAS HOLBROOK**, in his official Capacity as Clerk of the County of St. Clair, and **MARK A. KERN**, in his official capacity as Chairman of the Board, **ST. CLAIR COUNTY SHERIFF'S**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:21-CV-907-PJG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED |

## JURY DEMAND

Come now Defendants, **St. Clair County, Thomas Holbrook** and **Mark A. Kern**, by and through their attorneys, **Becker, Hoerner & Ysursa, P.C.**, and, pursuant to Federal Rule of Civil Procedure 38(b), hereby demand trial by jury on all claims and issues so triable in the above-captioned matter.

                                                **BECKER, HOERNER & YSURSA, P.C.**

                                      By:   s/ *Garrett P. Hoerner*
                                                  **Garrett P. Hoerner**
                                                  No. 06243119

ATTORNEYS FOR DEFENDANTS
5111 West Main Street
Belleville, Illinois 62226-4797
Phone: (618) 235-0020
E-Mail: gph@bhylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDWIN "ED" L. COCKRELL, SR.**, and **CHERYL MATHEWS**, individually and as Chairwoman of the St. Clair County Republican Central Committee,<br><br>Plaintiffs,<br><br>vs.<br><br>**ST. CLAIR COUNTY**, a body politic, **THOMAS HOLBROOK**, in his official Capacity as Clerk of the County of St. Clair, and **MARK A. KERN**, in his official capacity as Chairman of the Board, **ST. CLAIR COUNTY SHERIFF'S**<br><br>Defendants. | Case No. 3:21-CV-907-PJG<br><br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2021, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        **BECKER, HOERNER & YSURSA, P.C.**

                                        By:    s/ *Garrett P. Hoerner*
                                                  **Garrett P. Hoerner**
                                                  No. 06243119

ATTORNEYS FOR DEFENDANTS
5111 West Main Street
Belleville, Illinois 62226-4797
Phone: (618) 235-0020
E-Mail: gph@bhylaw.com