IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWIN L. COCKRELL, SR., and CHERYL MATHEWS, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ST. CLAIR COUNTY, )<br>THOMAS HOLBROOK, and )<br>MARK A. KERN, )<br>)<br>Defendants. ) | Case No. 21-cv-907-DWD |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

Plaintiffs Edwin L. Cockrell, Sr. and Cheryl Mathews challenge the constitutionality of the apportionment of county board districts in St. Clair County, Illinois. On August 11, 2021, they filed suit pursuant to 42 U.S.C. § 1983 and the Declaratory Judgment Act, 28 U.S.C. § 2201, alleging that the redistricting plan violates 55 ILCS, 5/2-3003, *et seq.*, and the Fourteenth Amendment's Equal Protection Clause. On September 3, 2021, Defendants made a demand for "trial by jury on all claims and issues so triable." (Doc. 14). By motion dated September 14, 2021, Plaintiffs seek to strike Defendants' jury demand.

In support of their motion, Plaintiffs cite no case law or rule precluding a trial by jury on their claims and state briefly and conclusively that the "complained of cause is not one for which a jury trial is allowed" and that there are no "decisions allowing a jury trial for reapportionment proceedings." (Doc. 21). Defendants' response points out that

the issue of jury trial demands in declaratory judgment acts are governed by Federal Rules of Civil Procedure 38 and 39, which preserve the right to a trial by jury on any issue so triable. *See* FED. R. CIV. P. 57, 38, 39. It is well-settled that if issues in an action would have been triable by a jury had something other than declaratory relief been sought, then a right to a jury trial exists. *See Simler v. Conner*, 372 U.S. 221 (1963); *Beacon Theatres, Inc. v. Westover*, 359 U.S. 500 (1959).

Here, Plaintiff's claims may or may not be triable by a jury, but it is not for the Court to delve into whether the issues in this case are triable by jury without a detailed memorandum of law and a fully developed argument from Plaintiffs. As such, the motion to strike jury demand is **DENIED without prejudice**. Plaintiffs may resubmit their arguments in a more detailed manner if they so desire.

**SO ORDERED.**

Dated: October 13, 2021

_____
DAVID W. DUGAN
United States District Judge